Jesse Kuntzelman, Appellant, v. Norman Resh, Appellee.

Gen. No. 10,753.

Robert Kuebler, for appellant; Knight, Haye & Keegan, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed August 9, 1954; released for publication August 26, 1954.